UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOSEPH DANIEL BROWN, )<br>)<br>Claimant, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>*Commissioner of Social Security,* )<br>)<br>Defendant. ) | Case No. CV411-152 |

# ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 24th day of July, 2012.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA